UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN JOHNSON, #753595,

    Plaintiff,

v.                                     CASE NO. 2:12-CV-12878
                                         HONORABLE DENISE PAGE HOOD

OFFICER KUEHNE, et al.,

    Defendants.
_____/

## JUDGMENT

The above-entitled matter having come before the Court, the Honorable Denise Page Hood, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that civil rights complaint, brought pursuant to 42 U.S.C. § 1983, is **DISMISSED WITH PREJUDICE.**

                                        S/Denise Page Hood
                                        Denise Page Hood
                                        United States District Judge

Dated: July 31, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 31, 2012, by electronic and/or ordinary mail.

                                        S/LaShawn R. Saulsberry
                                        Case Manager